IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cuesta, Angelo
Cuesta, Marilyn M
Printed: 03/17/09

Case Number: 08 B 34838
Judge: Wedoff, Eugene R
Filed: 12/19/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 29, 2009
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 2. | Nissan Motor Acceptance Corporation | Secured | 0.00 | 0.00 |
| 3. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 5. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 6. | Ocwen Loan Servicing LLC | Unsecured | 0.00 | 0.00 |
| 7. | Ocwen Loan Servicing LLC | Unsecured | 0.00 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 0.00 | 0.00 |
| 9. | Wells Fargo Financial Bank | Unsecured | 0.00 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 0.00 | 0.00 |
| 11. | Capital One | Unsecured | 0.00 | 0.00 |
| 12. | Thomas J Nitschke | Unsecured | 0.00 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 0.00 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 0.00 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 0.00 | 0.00 |
| 16. | Wells Fargo Financial Bank | Unsecured | 0.00 | 0.00 |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cuesta, Angelo<br>Cuesta, Marilyn M<br>Printed: 03/17/09 | Case Number: 08 B 34838<br>Judge: Wedoff, Eugene R<br>Filed: 12/19/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach.*